IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiffs,<br><br>     vs.<br><br>NELSON NICOLAS NUNEZ-ACOSTA,<br>and FELIPE GENAO MINAYA,<br><br>                  Defendants. | 4:18CR3058<br><br>**ORDER** |

IT IS ORDERED:

1) Government's motion to continue, (Filing No. 59), is granted.

2) The evidentiary hearing on Defendants' motions to suppress, (Filing Nos. 46 and 50), will be held before the undersigned magistrate judge on January 10, 2019 at 1:30 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Three hours have been set aside for this hearing.

3) Trial of this case remains continued as to both Defendants pending resolution of any pretrial motions filed.

November 2, 2018.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge