IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-3058 |
| vs. | FINAL ORDER OF FORFEITURE |
| NELSON NICOLAS NUNEZ-ACOSTA and FELIPE GENAO MINAYA, | |
| Defendants. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 142). On September 3, 2020, the Court entered a Preliminary Order of Forfeiture (filing 136) pursuant to 21 U.S.C. § 853, based upon the defendants' pleas of guilty to possessing fentanyl with intent to distribute in violation of 21 U.S.C. § 841, and their admission of the forfeiture allegation contained in the indictment. By way of the preliminary order of forfeiture, the defendants' interest in a 2007 refrigerated trailer with a VIN of 1UYVS25357U014723 were forfeited to the United States. Filing 136.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on September 5, 2020, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 141) was filed on November 4, 2020. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 142) is granted.

2. All right, title, and interest in and to the 2007 refrigerated trailer with a VIN of 1UYVS25357U014723 held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 4th day of February, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge